## GARDNER *v.* GARDNER ET AL.

[No. 13,221.   Filed December 19, 1928.   Rehearing denied April 16, 1929.]

*Henderson & Henderson,* for appellant.

PER CURIAM.—Affirmed.

## LAMPKINS *v.* STATE OF INDIANA.

[No. 13,649.   Filed April 17, 1929.]

*John T. Walterhouse* and *Thomas V. Miller,* for appellant.
*Arthur L. Gilliom,* Attorney-General, and *Harry L. Gause,* Deputy Attorney-General, for the State.

NICHOLS, J.—Affirmed, on the authority of *Scott* v. *State* (1929), *ante* 124, 165 N. E. 916.

## FREYN *v.* FREYN.

[No. 13,388.   Filed April 19, 1929.]

*Walker & Hollett,* for appellant.
*Fenton, Steers, Beasley & Klee, Miller, Dailey & Thompson* and *Silas C. Kivett,* for appellee.

PER CURIAM.—Affirmed.